## McKENZIE vs. CLANTON.

[ACTION ON BILL OF EXCHANGE, BY ENDORSEE AGAINST ENDORSER.]

1. *Damages against payee and acceptor.*—In an action against the payee and
endorser of an inland bill of exchange, duly protested for non-payment,.
the mere fact that the bill was addressed to, and accepted by the defendant,.
does not relieve him from the payment of damages.

2. *When writ of inquiry is unnecessary.*—In an action on an inland bill of
exchange, duly protested for non-payment, by endorsee against payee as
endorser, the statute (Code, § 2366) authorizes the rendition of a final
judgment by default, without the intervention of a jury, for the amount of
the bill, with interest and damages.

APPEAL from the Circuit Court of Tallapoosa.
Tried before the Hon. S. D. HALE.

The complaint in this case was as follows :

" Albert B. Clanton ⎰    The plaintiff claims of the de-
      vs.          ⎱ fendant the sum of nine hundred
John McKenzie. ⎰ and eighty-four dollars, by bill of
exchange, dated Girard, Alabama, December 12, 1856,
due the 1st June, 1857, drawn by Horace King on, and
accepted by the defendant, and payable at the Central
Bank of Alabama at Montgomery, on the 1st June, 1857,
to the order of the defendant, and by him endorsed ;
which bill has been protested for non-payment, with all
interest and damages thereon ; and the plaintiff avers, that
said bill of exchange is his property."

Judgment final by default was rendered, without the intervention of a jury, " for the sum of eleven hundred and seventeen 45-100 dollars, the damages in the complaint mentioned, together with the costs," &c.; and the rendition of this judgment is now assigned as error.

THOS. WILLIAMS, for the appellant.

JAMES E. BELSER, *contra.*

RICE, C. J.—The assignments of error in this case raise two questions.

The first is, whether the payee and endorser of an inland bill of exchange, duly protested for non-payment, is relieved from the payment of damages, by the mere fact that the bill was addressed to, and accepted by him. We decide that in the negative.—Code, § 1537; Story on Bills of Exchange, §§ 108–111.

The second is, whether, in a suit on such bill against the endorser, the court can, without the intervention of a jury, render a final judgment by default against him, for the amount of the bill, with the interest and damages due thereon. We decide that in the affirmative, upon the authority of section 2366 of the Code.

Judgment affirmed.